FILED D.C.
05 JUN 20 AM 10: 33

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR No. 2:03cr20239-B |
| MARTY JONES, | * | |
| Defendant. | * | |

## ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING

Before this court is defendant's motion to continue sentencing hearing, filed June 17, 2005. For good cause shown and with agreement from the government, the motion is **GRANTED**. The hearing will be reset by separate notice of this court.

It is so **ORDERED** this 20th day of June, 2005.

JUDGE J. DANIEL BREEN
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 2:03-CR-20239 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT